UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

DIANA OGDEN,

    Plaintiff,

vs.                                                       CIVIL ACTION NO. 2:08CV04

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration,

    Defendant.

## ORDER

The Court has received Plaintiff's January 7, 2008, Complaint, which she submitted pursuant to 42 U.S.C.A. 405(g). Plaintiff seeks leave of the Court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

All litigants are required to pay the costs and fees associated with civil lawsuits unless their financial condition warrants a grant of *in forma pauperis* status.

Review of Plaintiff's Application To Proceed Without Prepayment of Fees and Affidavit reflects Plaintiff has savings in the amount of $500, jointly owns a "camper" with her husband, which is used for "pleasure," and realizes expenses in the amount of $3,222.00 per month. Plaintiff has a disposable income of $4,600.00 per month. Even though Plaintiff did not complete Section 17A, B, or C of the Monthly Household Income attachment to her Application, Plaintiff asserts in Section 19 that her monthly disposable income is in the form of her husband's $2,950.00 "take home pay"; real estate income in th amount of $450.00; and "other" income in the amount of $1,200.00.[1] Based upon the information supplied in Plaintiff's application, the undersigned finds Plaintiff has adequate funds to pay the filing and other fees incident to this social security appeal; therefore, Plaintiff's motion is **DENIED**.

---

[1] At Section 19L, Plaintiff does not explain the source of the $1,200 income, but writes that the undersigned should "see letter," which is not attached to her application.

It is **ORDERED** that,

1) within thirty (30) days from the date of entry of this Order, Plaintiff must pay the filing fee and other fees in the amount of $350.00 to the Clerk of the United States District Court, Northern District of West Virginia;

2) the Clerk of the United States District Court shall not process Plaintiff's complaint until the $350.00 fee has been paid by Plaintiff; and

3) Plaintiff is advised that failure to pay the $350.00 fee within thirty (30) days of the date of entry of this order will result in the dismissal of this action.

**IT IS SO ORDERED.**

The Clerk of the United States District Court for the Northern District of West Virginia shall provide a copy of this order to counsel of record.

DATED: January 10, 2008

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE